## Commonwealth *v.* Cozart, Appellant.

Before STRANAHAN, P. J.

Argued November 20, 1975. *T. Bonner,* Assistant Public Defender, with him *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Crawford, Appellant.

Before SCULCO, J.

Argued November 25, 1975. *John W. Peck,* Assistant Public Defender, with him *Dante G. Bertani,* Public Defender, for appellant; *James J. Conte,* Assistant District Attorney, with him *John J. Driscoll,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.